UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03418
  KERI ANNE DISHROON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-5253


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/31/06 and confirmed on 05/18/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  25294.22 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMCORE BANK | SECURED VEHIC | 2920.00 | 148.57 | 2920.00 |
| ACS | UNSECURED | 4867.29 | 402.05 | 4867.29 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1889.34 | 142.36 | 1889.34 |
| COLLEGE LOAN CORP | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 325.79 | 24.68 | 325.79 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 762.92 | 57.57 | 762.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3924.08 | 295.64 | 3924.08 |
| PRO DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| PRO DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4834.06 | 368.91 | 4834.06 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED - C | .00 | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2920.00 | .00 | 16603.48 | .00 | 19523.48 |
| PRINCIPAL PAID | 2920.00 | .00 | 16603.48 | .00 | 19523.48 |
| INTEREST PAID | 148.57 | .00 | 1291.21 | .00 | 1439.78 |
| TOTAL PAID | 3068.57 | .00 | 17894.69 | .00 | 20963.26 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  3000.00
and was paid $  1100.00  direct and $  1900.00  through the plan.

The Trustee received $    991.13 .

Refunds to the Debtor totaled $   1439.83 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


```
Dated: 05/21/08                        /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
          CASE NO. 06 B 03418 KERI ANNE DISHROON
```